**Opinion issued October 6, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00440-CV

———————————

## IN RE KIMBERLY ANN MORKA, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Kimberly Ann Morka seeks a writ of mandamus to require the trial court to vacate its October 9, 2016 order denying her request for enforcement of a foreign custody order, and to order the trial court to grant her request.[1]

We deny the petition.

---

[1] The underlying case is *Morka v. Morka*, cause number 2014-48898A, pending in the 247th District Court of Harris County, Texas, the Honorable John Schmude, presiding.

# PER CURIAM

Panel consists of Justices Jennings, Keyes, and Brown.